ARTHUR L. PEIRSON and Others, Plaintiffs, v. LLOYDS FIRST MORTGAGE COMPANY, Defendant. GREATER NEW YORK EXPORT HOUSE, INC., and THOMAS McKINIRY, as Receiver in Supplementary Proceedings of the Goods, Chattels and Credits of the Plaintiffs, Intervenors, Appellants, Respondents; J. IRVING WEISSMAN and Others, Copartners, Doing Business as WEISSMAN & RAPPS, Claimants, Respondents; FRANK WEINSTEIN and SAMUEL J. LEVINSON, Copartners, Doing Business as WEINSTEIN & LEVINSON, Respondents, Appellants. (Appeal No. 2.) — Order appointing a referee affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS BLOOM, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Young, Hagarty, Carswell and Scudder, JJ., concur; Lazansky, P. J., concurs pursuant to the provisions of section 542 of the Code of Criminal Procedure.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS PERLMAN, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Young, Hagarty, Carswell and Scudder, JJ., concur; Lazansky, P. J., concurs pursuant to the provisions of section 542 of the Code of Criminal Procedure.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY SCHULER, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BAY RIDGE SAVINGS BANK, Respondent, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1928.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. BAY RIDGE SAVINGS BANK, Respondent, v. RICHARD H. WILLIAMS and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1929.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. BAY RIDGE SAVINGS BANK, Respondent, v. RICHARD H. WILLIAMS and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Taxes of 1930.) *— Orders severally appealed from modified by increasing the " Value of Real Estate with improvements thereon " from $660,000 to $700,000, and as so modified affirmed, with costs to respondent. In our opinion, the learned Special Term was not authorized to reduce the assessments in question below the amount claimed by the relator before the commissioner of taxes to be a proper valuation, namely, $700,000. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Lazansky, P. J., Young, Hagarty and Scudder, JJ., concur; Carswell, J., dissents and votes to reverse the orders and confirm the assessments. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MONTAUK BEACH DEVELOP-

* Affd., 264 N. Y. ——.